tion by Samuel K. Nester against Henry Colter. No opinion. Judgment affirmed, with costs.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.

PER CURIAM. Order reversed, without costs of this appeal to either party, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.

PER CURIAM. Order affirmed, without costs of this appeal to either party, without prejudice to the right of the defendant to make such further motion as he may be advised, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NEW HARTFORD CANNING CO., Respondent, v. WINDHOLZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by the New Hartford Canning Company against Louis Windholz.

PER CURIAM. Order affirmed, with costs. WILLIAMS and STOVER, JJ., dissent.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HOYT, Town Clerk, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the New York Central & Hudson River Railroad Company against James A. Hoyt, town clerk, etc. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK LIFE INS. & TRUST CO., et al., Respondent, v. CHURCH OF HOLY COMMUNION, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the New York Life Insurance & Trust Company and others against the Church of the Holy Communion and others. No opinion. Order affirmed, with $10 costs and disbursements.

NIAGARA HOME TELEPHONE CO., Respondent, v. MATTESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Proceedings for the condemnation of real property by the Niagara Home Telephone Company against Hiram E. Matteson. No opinion. Upon return of order to show cause, appeal dismissed, without costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Ida E. Nickell against Harriet Tracy and others. No opinion. Appeal dismissed, with costs.

NORTHERN ELEVATOR CO., Limited, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the Northern Elevator Company, Limited, against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

OATMAN v. WATROUS et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Rachel E. Oatman against Harry W. Watrous and others.

PER CURIAM. Motion denied.

O'BRIEN, Appellant, v. WILLIAMSBURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Daniel T. O'Brien, as administrator de bonis non, etc., of Anne Coote (formerly Anne Gaffney), deceased, against the Williamsburgh Savings Bank and another. No opinion. Motion for reargument granted, without costs, and case set down for November 15, 1904.)

O'CONNELL, Respondent, v. BAILEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by James O'Connell against William Trist Bailey, impleaded with Charles Cooper and others. No opinion. Order affirmed, with $10 costs and disbursements.

O'SHEA, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Daniel O'Shea, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PATTERSON, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Martha B. Patterson against Thomas H. Taylor. M. L. Bonner, for appellant. A. H. Holbrook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PATTERSON v. WHITE STAR TOWING CO. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Thomas H. Patterson against the White Star Towing Company.

PER CURIAM. Motion denied, with $10 costs.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John Paul and Margaretha Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Divi-